UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA     )
     )
     )     Case No. 1:18-cr-63-TRM-SKL
v.     )
     )
     )
STEVEN MARSHALL WILLIAMS     )
     )

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on June 22, 2018. At the hearing, defendant consented to proceeding on information, and entered a plea of guilty to Count One of the one-count Bill of Information. There is no plea agreement in this case. I find defendant made a knowing and voluntary consent to proceed before the magistrate judge. On the basis of the record made at the hearing, I find the defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by defendant; the plea is made voluntarily and free from any force, threats, or promises; the defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, I **RECOMMEND** defendant's plea of guilty to Count One of the Bill of Information be accepted, and the Court adjudicate defendant guilty of the charges set forth in Count One of the Bill of Information. Defendant sought release after entry of his plea pending sentencing pursuant to 18 U.S.C. §§ 3143(a) & 3145(c). The Government stated it had no objection to Defendant remaining on bond pending sentencing. An extensive hearing was held and I find exceptional reasons are present in this matter. Defendant was released on bond pending

sentencing in this matter without objection. Therefore, I further **RECOMMEND** Defendant remain on bond until sentencing in this matter. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.



s/    _Susan K. Lee_
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE



<u>NOTICE TO PARTIES</u>

You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. <u>See</u> 28 U.S.C. §636(b).